IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ELECTRONIC SAVE INC

XXX-XX9556

Debtor(s)

CASE NO. 03-01141 ESL

Chapter 7

FILED & ENTERED ON 06/28/2011

ORDER

The application for payment of unclaimed funds to claimant, filed by LSY Trading Development Inc., for the amount of $11,630.29 (docket entry #115) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 28 day of June, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO PEREZ OBREGON
WIGBERTO LUGO MENDER
DILKS & KNOPIC, LLC
FINANCE DEPT.